Same case below, 417 Fed. Appx. 83.

**No. 11-7230. James Garrett Freeman, Petitioner v. Texas.**

565 U.S. 1161, 132 S. Ct. 1099, 181 L. Ed. 2d 986, 2012 U.S. LEXIS 834.

January 17, 2012. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 340 S.W.3d 717.

**No. 11-7235. Christopher Nolen, Petitioner v. Pennsylvania.**

565 U.S. 1161, 132 S. Ct. 1099, 181 L. Ed. 2d 986, 2012 U.S. LEXIS 861.

January 17, 2012. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 24 A.3d 464.

**No. 11-7242. Michael W. Moton, Petitioner v. Ohio.**

565 U.S. 1161, 132 S. Ct. 1099, 181 L. Ed. 2d 986, 2012 U.S. LEXIS 801.

January 17, 2012. Petition for writ of certiorari to the Court of Appeals of Ohio, Summit County, denied.

**No. 11-7244. Victor Verdun, Jr., Petitioner v. Burl Cain, Warden.**

565 U.S. 1161, 132 S. Ct. 1099, 181 L. Ed. 2d 986, 2012 U.S. LEXIS 776.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7246. John Guzman, Petitioner v. Greg McQuiggin, Warden.**

565 U.S. 1161, 132 S. Ct. 1099, 181 L. Ed. 2d 986, 2012 U.S. LEXIS 814,

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7247. Robert A. Griffin, Petitioner v. Robert Kirkpatrick, Superintendent, Wende Correctional Facility.**

565 U.S. 1161, 132 S. Ct. 1100, 181 L. Ed. 2d 986, 2012 U.S. LEXIS 710,

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-7248. Kevin M. Gibbons, Petitioner v. Hugh Wolfenbarger, Warden.**

565 U.S. 1161, 132 S. Ct. 1100, 181 L. Ed. 2d 986, 2012 U.S. LEXIS 828.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7251. Dawn Kelley, Petitioner v. Joseph J. Bruzzese, et al.**

565 U.S. 1161, 132 S. Ct. 1100, 181 L. Ed. 2d 986, 2012 U.S. LEXIS 781,

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.